UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 19-MJ-09978-MAT |
| ) | |
| PAUL JARVIS ) | |
| ) | |
| Defendant. ) | |

### UNITED STATES' MOTION TO DISMISS FELONY COMPLAINT

TO THE HONORABLE JUDGE:

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of the Court, the United States Attorney for the Western District of Texas, hereby moves to dismiss and requests that the Court dismiss the original Felony Complaint, without prejudice, against Defendant **PAUL JARVIS**.

DATED:   January 8, 2020

Respectfully submitted,

JOHN F. BASH
UNITED STATES ATTORNEY

By: _____
JOSE LUIS ACOSTA
Assistant U.S. Attorney
Texas Bar #00783508
700 E. San Antonio, Suite 200
El Paso, Texas   79901
(915) 534-6884